IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BRUCE TAYLOR and
MICHAEL CAMPBELL, individually
and on behalf of all others similarly
situated,                                                                                    PLAINTIFFS

v.                                                    Civil Action No: 3:13cv295-DPS-FKB

RWI TRANSPORTATION, LLC                                                  DEFENDANT

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, Bruce Taylor and Michael Campbell, submit this stipulation of voluntary dismissal in order to dismiss this action and all claims and counterclaims without prejudice, and the parties shall bear their own costs and attorneys' fees.

This the 5th day of November, 2013.

                                              RESPECTFULLY SUBMITTED,

                                              BRUCE TAYLOR and MICHAEL
                                              CAMPBELL, individually and on behalf of all
                                              others similarly situated

                                         By:    /s/ Larry D. Moffett
                                                    Larry D. Moffett (MSB #3401)
                                                      Daniel Coker Horton & Bell, P.A.
                                                      265 North Lamar Blvd, Suite R
                                                      P.O. Box 1396
                                                      Oxford, MS  38655-1396
                                                      T: (662) 232-8979
                                                      F: (662) 232-8940
                                                      lmoffett@danielcoker.com

                                                      David McMullan, Jr. (MSB #8494)
                                                      Don Barrett (MSB #2063)
                                                      Sterling Starns (MSB #104227)
                                                      Don Barrett, P.A.

                        P.O. Box 927
                        Lexington, MS 39095
                        T: (662) 834-2488
                        F: (662) 834-2628
                        dmcmullan@barrettlawgroup.com
                        dbarrett@barrettlawgroup.com
                        sstarns@barrettlawgroup.com

                        **Attorneys for Plaintiffs**

Agreed:

s/James R. Moore, Jr.
James R. Moore, Jr. (MSB #3445)
Glenn Gates Taylor (MSB #7453)
Christy M. Sparks (MSB #101381)
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, MS 39158
T:  601-856-7200
F:  601-856-7626
jmoore@cctb.com
gtaylor@cctb.com
csparks@cctb.com

**Attorneys for Defendant
RWI Transportation, LLC**